1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BLACKIE FLORINCEO ALVAREZ Sr.,        Case No.  2:21-cv-01932-JDP (PC)

12              Plaintiff,                 ORDER DIRECTING THE CLERK OF
                                           COURT TO ASSIGN A DISTRICT COURT
13         v.                              JUDGE

14   GRAY REDMAN, *et al.*,                FINDINGS AND RECOMMENDATIONS
                                           THAT THIS ACTION BE DISMISSED FOR
15              Defendants.                FAILURE TO PROSECUTE, FAILURE TO
                                           COMPLY WITH COURT ORDERS, AND
16                                         FAILURE TO STATE A CLAIM AND THAT
                                           PLAINTIFF'S PENDING MOTION BE
17                                         DENIED AS MOOT

18                                         ECF No. 17

19                                         OBJECTIONS DUE WITHIN FOURTEEN
                                           DAYS
20

21         On May 10, 2022, I screened plaintiff's complaint, notified him that it failed to state a

22   claim, and gave him thirty days to file an amended complaint.  ECF No. 4.  On June 15, 2022, I

23   granted plaintiff an additional thirty days to file an amended complaint.  ECF No. 10.  Plaintiff

24   did not file an amended complaint by the deadline, and accordingly, on August 22, 2022, I

25   ordered him to show cause why this case should not be dismissed for failure to prosecute and

26   failure to state a claim.  ECF No. 13.  In response, plaintiff filed another motion for an extension

27   of time to file an amended complaint.  ECF No. 14.  I granted plaintiff additional time to file an

28   amended complaint and to respond to the August 22 order to show cause.  ECF No. 15.  Plaintiff

                                           1

responded to the August 22 order to show cause, but neither filed an amended complaint nor indicated with sufficient clarity that he wished to stand by his current complaint.  ECF No. 16. On December 5, 2022, I granted him another opportunity to file either an amended complaint or a notice with the court indicating that he wished to stand by his current complaint, subject to dismissal.  ECF No. 19.  Plaintiff failed to respond to the December 5 order, and on January 31, 2023, I ordered him to show cause why this case should not be dismissed for failure to prosecute and failure to state a claim.  ECF No. 21.

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the January 31, 2023 order.

Accordingly, it is hereby ORDERED that the Clerk of Court randomly assign a district judge to this action.

Furthermore, it is hereby RECOMMENDED that:

1.  This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim, for the reasons set forth in the May 10, 2022 and January 31, 2023 orders.

2.  Plaintiff's motion for court order, ECF No. 17, be denied as moot.

3.  The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    April 4, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3